# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:17-cv-118-FDW

| | |
|---|---|
| ORLANDO HARSHAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JEFFREY WALL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Parties' Stipulation of Voluntary Dismissal With Prejudice of All Claims, (Doc. No. 11). The Stipulation is signed by all parties in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure. The Final Pretrial Conference scheduled for Tuesday, October 16, 2018, will be cancelled and the Clerk of Court will be instructed to terminate and close this action.

**IT IS THEREFORE ORDERED** that:

1. The Final Pretrial Conference scheduled for Tuesday, October 16, 2018, is **CANCELLED**.

3. The Clerk of Court is instructed to terminate and close this action.

Signed: October 10, 2018

Frank D. Whitney
Chief United States District Judge

1